

*PETITION DENIED IN PART AND DISMISSED IN PART.*

raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Welton's informal brief does not challenge the basis for the district court's disposition, Welton has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Byron Jermaine WELTON, Defendant–Appellant.**

No. 15–6542.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Byron Jermaine Welton, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Jermaine Welton appeals the district court's order denying his motion for a sentence reduction, which Welton filed pursuant to Fed.R. Crim.P. 35(b). On appeal, we confine our review to the issues